THE MARINE MIDLAND TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., Respondent, v. ERNEST ISELIN, JR., and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

In the Matter of the Application of JEAN KAY against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, for an Order Reviewing the Determination of the Respondent Herein, Appointing One Dr. BERTRAND RUSSELL as Professor of Philosophy in the College of The City of New York, and Directing the Respondent to Rescind and Revoke · the Said Appointment of the Said Dr. BERTRAND RUSSELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [See ante, p. 879.]

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of FRANK T. HINES, Administrator of Veterans' Affairs, Next Friend of JOHN J. DALY, an Incompetent. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of ADOLPHUS RAGAN and Another against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

BESSIE ROBINSON v. C. & J. PISKOSH, INC.— Motion for leave to appeal to the Court of Appeals and for leave to dispense with the filing of an undertaking denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN RENSSELAER ESTATES, INC., and BEN B. HOFSTADTER, Successor Trustee under Trust Mortgage from VAN RENSSELAER ESTATES, INC., v. HENRY M. GOLDFOGLE and Others, etc. (Taxes for 1925, 1926, 1927, 1928, 1929, 1930 and 1931.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN B. HOFSTADTER, Successor Trustee under Trust Mortgage from VAN RENSSELAER ESTATES, INC., v. JAMES J. SEXTON and Others, etc. (Taxes for 1932, 1933, 1935, 1936, 1937, 1938 and 1st Half of 1939.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [See post, p. 1002.]

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. MILTON M. GETTINGER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.